**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>William Bourque</u>

    v.                                      Civil No. 06-cv-090-JM

<u>Town of Hampton, et al.</u>

## **O R D E R**

Local Rule 7.1(a)(1) provides in part:

> all motions must contain the word "motion" in the title . . . . Objections to pending motions and affirmative motions for relief shall not be combined in one filing.

Despite the clear language of this rule, plaintiff has buried the following motion in the middle of his objection to the motion for summary judgment:

> that the Court decline to rule on the within motion until discovery is concluded, as important depositions of the material witnesses are scheduled to take place in March, 2007.

While this motion under Fed. R. Civ. P. 56(f) was not filed properly, it is granted and I have held off ruling. March is now over and the important depositions are presumably complete.

Plaintiff is ordered to file any addendum to this objection by April 15, 2007. Any reply by defendant is due on May 1st.

Since that will leave only fifteen days to trial, I will assess then whether the trial date is to be continued.

    **SO ORDERED.**

                              /s/ James R. Muirhead
                              James R. Muirhead
                              United States Magistrate Judge

Date: April 4, 2007

cc:    Scott F. Gleason, Esq.
       Thomas J. Gleason, Esq.
       William G. Scott, Esq.