UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

William R. Bourque

    v.                                        Civil No. 06-cv-090-JM

Town of Hampton, et al.

### O R D E R

The trial in this matter is rescheduled to September 18, 2007, since plaintiff has filed an addendum to its summary judgment objection, the defendants have until May 1, 2007 to file their addendum and the court will be in trial from May 1, until the May 15 trial date and thus has no time to decide the motion before the scheduled trial.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

April 18, 2007

cc:   Thomas J. Gleason, Esq.
       Scott F. Gleason, Esq.
       William G. Scott, Esq.